■ In the Matter of CONSTANCE L. STARKEY, Respondent, v TIMOTHY STARKEY, Appellant. (Appeal No. 2.) [668 NYS2d 527] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Starkey v Starkey* (247 AD2d 894 [decided herewith]). (Appeal from Order of Onondaga County Family Court, McCarthy, J.—Vacate Order.) Present—Denman, P. J., Green, Hayes, Balio and Fallon, JJ.